THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCKOBY, | CASE NO. C17-0456-JCC |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant. | |

This matter comes before the Court on Plaintiff William McKoby's complaint (Dkt. Nos. 1-1 and 6). Mr. McKoby is proceeding *pro* se and *in forma pauperis* ("IFP"). (Dkt. No. 5.) Under 28 U.S.C. § 1915(e), district courts have authority to review IFP complaints and must dismiss them if "at any time" it is determined that a complaint is frivolous or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also id.* § 1915A(b)(1); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (clarifying that Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners).

Mr. McKoby sues Defendants Jay Inslee, Robert Ferguson, and the State of Washington, to name a few, for apparently rewriting the motor vehicle code using tricky wording, which violates "State and Supreme Federal Law." (Dkt. No. 6 at 2.) Mr. McKoby alleges that "the evidence shows it was a Plot of Extortion, Malfeasance, Misfeasance, [and] Treason against the People." (*Id.* at 5.) The Court has determined that Mr. McKoby's case is frivolous and fails to

state a claim on which relief may be granted. Accordingly, the Court DISMISSES Mr. McKoby's complaint (Dkt. No. 6) with prejudice. Mr. McKoby's motion for court-appointed counsel (Dkt. No. 3) is DISMISSED AS MOOT.

DATED this 10th day of April 2017.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE